[Civil No. 442.]

JOHN DUKE, Appellant, v. W. H. FERGUSON, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

T. W. Johnston, for Appellant.

J. F. Wilson, for Appellee.

February 23, 1895. Affirmed.

---

[Civil No. 444.]

ANNIE CADMAN, Administratrix of the Estate of John Cadman, Deceased, Appellant, v. THE OLD DOMINION COPPER COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

Barnes & Martin, and Peter T. Robertson, for Appellant.

Fitch & Campbell, and E. J. Edwards, for Appellee.

February 23, 1895. Dismissed.

---

[Civil No. 447.]

M. D. SCRIBNER, Appellant, v. COUNTY OF COCHISE, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. D. Bethune, Judge.

Allen R. English, for Appellant.

Thomas D. Satterwhite, Attorney-General, and G. W. Swain, for Appellee.

February 23, 1895. Affirmed.